# United States Bankruptcy Court
## of the
## Northern District Of Illinois
## Western Division

Trustee's Final Report

In Re: DUANE E. FERRIS & BECKY S. FERRIS           Case Number: 06-71176
812 W. 5TH STREET                                   SSN-xxx-xx-9583 & xxx-xx-2893
DIXON, IL  61021

Case filed on:        7/7/2006
Plan Confirmed on:   11/27/2006

D Dismissed

Total funds received and disbursed pursuant to the plan: $13,563.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEEDERS & ASSOCIATES LTD | 3,274.00 | 3,274.00 | 1,774.00 | 0.00 |
|  | Total Legal | 3,274.00 | 3,274.00 | 1,774.00 | 0.00 |
| 011 | TRINETTE FERRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | DUANE E. FERRIS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| 003 | AMC MORTGAGE SERVICES INC | 1,970.93 | 1,970.93 | 1,005.84 | 0.00 |
| 004 | STERLING INC | 1,013.56 | 1,000.00 | 170.02 | 97.52 |
| 005 | OAK TRUST CREDIT UNION | 11,177.56 | 0.00 | 0.00 | 0.00 |
| 006 | RENT-A-CENTER | 1,683.98 | 0.00 | 0.00 | 0.00 |
| 007 | RENT-A-CENTER | 2,324.22 | 0.00 | 0.00 | 0.00 |
| 008 | SAUK VALLEY MOTORS | 1,513.17 | 1,513.17 | 257.18 | 147.57 |
| 009 | SAUK VALLEY MOTORS | 6,132.27 | 6,132.27 | 1,042.49 | 597.98 |
| 010 | WELLS FARGO AUTO FINANCE | 28,615.68 | 28,615.68 | 4,864.70 | 2,790.43 |
|  | Total Secured | 54,431.37 | 39,232.05 | 7,340.23 | 3,633.50 |
| 001 | AMCORE BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN GENERAL FINANCE | 1,354.32 | 176.06 | 0.00 | 0.00 |
| 003 | AMC MORTGAGE SERVICES INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 004 | STERLING INC | 112.62 | 16.40 | 0.00 | 0.00 |
| 007 | RENT-A-CENTER | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CAPITAL ONE | 590.04 | 76.71 | 0.00 | 0.00 |
| 013 | CAPITAL ONE | 578.69 | 75.23 | 0.00 | 0.00 |
| 014 | LVNV FUNDING LLC | 262.05 | 34.07 | 0.00 | 0.00 |
| 015 | CITIBANK USA | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | EDNA GROSS | 0.00 | 0.00 | 0.00 | 0.00 |
| 017 | FINGERHUT DIRECT MARKETING INC/CIT BANK | 882.70 | 114.75 | 0.00 | 0.00 |
| 018 | HOME DEPOT | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | ECAST SETTLEMENT CORPORATION | 1,083.61 | 140.87 | 0.00 | 0.00 |
| 020 | HSBC NV | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | ECAST SETTLEMENT CORPORATION | 1,046.70 | 136.07 | 0.00 | 0.00 |
| 022 | ECAST SETTLEMENT CORPORATION | 544.73 | 70.81 | 0.00 | 0.00 |
| 023 | ECAST SETTLEMENT CORPORATION | 235.82 | 30.66 | 0.00 | 0.00 |
| 024 | LTD COMMODITIES | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | MIDWEST DENTAL | 1,406.84 | 182.89 | 0.00 | 0.00 |
| 026 | NICOR GAS | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | OAK TRUST CREDIT UNION | 11,628.71 | 1,511.73 | 0.00 | 0.00 |
| 028 | CREDITORS BANKRUPTCY SERVICE | 699.06 | 90.88 | 0.00 | 0.00 |
| 029 | SST / COLUMBUS BANK & TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | WORLD FINANCIAL NETWORK NATIONAL BANK | 895.21 | 116.38 | 0.00 | 0.00 |
| 031 | CHRISTINE LEAZOTT | 0.00 | 0.00 | 0.00 | 0.00 |
| 032 | ECAST SETTLEMENT CORPORATION | 1,180.82 | 153.51 | 0.00 | 0.00 |
|  | Total Unsecured | 22,501.92 | 2,927.02 | 0.00 | 0.00 |
|  | Grand Total: | 80,207.29 | 45,433.07 | 9,114.23 | 3,633.50 |

Total Paid Claimant:     $12,747.73
Trustee Allowance:       $815.27              Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00              discharging the trustee and the trustee's surety from any and all
                                              liablility on account of the within proceedings, and closing the estate,
                                              and for such other relief as is just.  Pursuant to FRBP, I hereby
                                              certify that the subject case has been fully administered.

Report Dated:

                                                           /s/ Lydia S. Meyer
                                                         Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 03/26/2008                    By  /s/Heather M. Fagan